**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHRISTIAN A. AGUILERA CESTE VENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-26-1103-SLP |
| v. | ) | |
| | ) | |
| JAMAL BURRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Petitioner, a state prisoner appearing pro se, filed a Complaint [Doc. No. 1] on May 14, 2026. On June 17, 2026, United States Magistrate Judge Chris M. Stephens entered a Report and Recommendation [Doc. No. 5] (R&R) recommending the Court dismiss the action for Plaintiff's failure to comply with the Magistrate Judge's Order to Cure [Doc. No. 4].

The Magistrate Judge advised Petitioner of his right to object to the R&R and directed any objections be filed on or before July 8, 2026. *Id.* at 3. The Magistrate Judge further advised Petitioner that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R. *Id.* To date, no objection to the R&R has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Upon review, the Court concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the R&R [Doc. No. 5] is ADOPTED in its entirety and this action is DISMISSED WITHOUT PREJUDICE. A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 3rd day of August, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**